AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Dazhon Darien | ) | Case No. 25-mj-0186-EA |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

✓ FILED ____ ENTERED
____ LOGGED ____ RECEIVED

4:02 pm, Jan 27 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of     December 2023 - June 2024     in the county of     Baltimore City     in the

_____ District of     Maryland     , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Sexual Exploitation of Children |
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Grace E. Meyer*
*Complainant's signature*

Special Agent Grace Meyer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:     January 27, 2025

*Judge's signature*

City and state:     _____

Hon. Erin Aslan, US Magistrate Judge
*Printed name and title*