================================================================

# *UNITED STATES DISTRICT COURT*
-------------- DISTRICT OF MARYLAND --------------

APPEARANCE

UNITED STATES OF AMERICA

v.                                              CASE NUMBER:   EA-25-186

DAZHON L. DARIEN

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Dazhon L. Darien.

Date:   February 4, 2025

                                                                                          _____/s/_____  
                                                               ANDREW R. SZEKELY, #16407  
                                                               Assistant Federal Public Defender  
                                                               Tower II - 9TH Floor  
                                                               100 South Charles Street  
                                                               Baltimore, Maryland  21201  
                                                               (410)  962-3962 (t)  
                                                               (410)  962-3976 (f)  
                                                               Email: andrew_szekely@fd.org