PAR2.3.25
CG/PEB: USAO 2024R00216

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**DAZHON LESLIE DARIEN,**<br><br>Defendant. | CRIMINAL NO. JKB 25cr20<br><br>(Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); Use of Interstate Commerce Facility to Entice Minor to Engage in Sexual Activity, 18 U.S.C. § 2422(b); Receipt of Child Pornography, 18 U.S.C. § 2252(a)(2); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) & (b)(2); Aiding & Abetting, 18 U.S.C. § 2; Forfeiture, 18 U.S.C. §§ 2253 and 2428(a), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |

### INDICTMENT

The Grand Jury for the District of Maryland charges:

### INTRODUCTION

At times material to this Indictment:

1. **DAZHON LESLIE DARIEN ("DARIEN")** was born in 1992, and resided in Baltimore, Maryland.

2. Minor Victim 1 was a 15 and 16-year-old male, and was a resident of Baltimore County, Maryland.

3. Minor Victim 2 was a 14-year-old male, and was a resident of Howard County, Maryland.

4. CashApp was a financial services application that allowed users to send and receive money.

5. Snapchat was a social media application that allowed users to send and receive photos, videos, and messages via the internet and by mobile device.

1

6.      **DARIEN** was the owner and user of the Apple iCloud accounts affiliated with the email addresses deccoy27@yahoo.com ("iCloud Account 1") and ddarien522@gmail.com ("iCloud Account 2"), collectively "the iCloud Accounts." **DARIEN** used the iCloud Accounts to store visual depictions of minors engaged in sexually explicit conduct and to communicate with other mobile device users via the Internet.

7.      **DARIEN** was the owner and user of the Google accounts affiliated with the email address ddarien522@gmail.com ("Google Account"). **DARIEN** used the Google Account to store visual depictions of minors engaged in sexually explicit conduct.

8.      **DARIEN** was the owner and user of Snapchat accounts "blaze4013" ("Snapchat Account 1") and "creamewet" ("Snapchat Account 2"), collectively "the Snapchat Accounts." **DARIEN** used the Snapchat Accounts to store visual depictions of minors engaged in sexually explicit conduct and to communicate with other Snapchat users via the Internet.

9.      **DARIEN** used the Snapchat Accounts and the iCloud Accounts to persuade, induce, entice and coerce minor males, including Minor Victim 1 and Minor Victim 2, to engage in sexually explicit conduct and in sexual activity for which any person can be charged with a criminal offense. During these internet-based communications, **DARIEN** caused, and attempted to cause, minor males, including Minor Victim 1 and Minor Victim 2, to produce visual depictions of themselves that depicted the victims engaged in masturbation, the lascivious display of their genitals and other sexual acts.

10.     **DARIEN** used CashApp to make payments to Minor Victim 1 to persuade, induce, entice and coerce Minor Victim 1 to produce videos that depicted Minor Victim 1 engaged in masturbation, digital penetration of his anus, and the lascivious display of his genitals.

2

## COUNT ONE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1, 2, and 5 through 10 of this Indictment are specifically referenced and incorporated herein.

2. On or about July 30, 2023, in the District of Maryland, the defendant,

**DAZHON LESLIE DARIEN,**

did knowingly attempt to and did knowingly employ, use, persuade, induce, entice and coerce a minor male, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depictions have actually been transported and transmitted using any means and facility of interstate and foreign commerce, that is, a video file partially titled, "AE~v4.mp4" that depicts Minor Victim 1 with his genitals and anus exposed and displayed in a lascivious manner, said video file having been stored in Snapchat Account 1.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT TWO
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1, 2, and 5 through 10 of this Indictment are specifically referenced and incorporated herein.

2. On or about December 13, 2023, in the District of Maryland, the defendant,

**DAZHON LESLIE DARIEN,**

did knowingly attempt to and did knowingly employ, use, persuade, induce, entice and coerce a minor male, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depictions have actually been transported and transmitted using any means and facility of interstate and foreign commerce, that is, a video file partially titled, "103_0_0.mov" that depicts Minor Victim 1 naked with his genitals and anus exposed and displayed in a lascivious manner, said video file having been stored on an Apple iPhone 14 Pro Max, Serial Number H9KR2DKJ2T, a product of China, and the iCloud Accounts.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

4

## COUNT THREE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1, 2, and 5 through 10 of this Indictment are specifically referenced and incorporated herein.

2. On or about February 29, 2024, in the District of Maryland, the defendant,

**DAZHON LESLIE DARIEN,**

did knowingly attempt to and did knowingly employ, use, persuade, induce, entice and coerce a minor male, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depictions have actually been transported and transmitted using any means and facility of interstate and foreign commerce, that is, two video files partially titled, "dfwua.mov" and "726_0_0.mov" that depict Minor Victim 1 naked with his genitals exposed and displayed in a lascivious manner and Minor Victim 1 masturbating his exposed genitals, said video files having been stored on an Apple iPhone 14 Pro Max, Serial Number H9KR2DKJ2T, a product of China, in the Google Account, and in the iCloud Accounts.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT FOUR
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

1.     Paragraphs 1, 2, and 5 through 10 of this Indictment are specifically referenced and incorporated herein.

2.     On or about March 22, 2024, in the District of Maryland, the defendant,

**DAZHON LESLIE DARIEN,**

did knowingly attempt to and did knowingly employ, use, persuade, induce, entice and coerce a minor male, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depictions have actually been transported and transmitted using any means and facility of interstate and foreign commerce, that is, a video file partially titled, "1194_0_0.mov" that depicts Minor Victim 1 naked with his genitals exposed and displayed in a lascivious manner and Minor Victim 1 masturbating his exposed genitals, said video file having been stored on the iCloud Accounts.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

6

## COUNT FIVE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1, 2, and 5 through 10 of this Indictment are specifically referenced and incorporated herein.

2. On or about June 28, 2024, in the District of Maryland, the defendant,

**DAZHON LESLIE DARIEN,**

did knowingly attempt to and did knowingly employ, use, persuade, induce, entice and coerce a minor male, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depictions have actually been transported and transmitted using any means and facility of interstate and foreign commerce, that is, two video files partially titled, "6efd0.mp4" and "v4.zip.mp4" that depict Minor Victim 1 masturbating his exposed genitals and digitally penetrating his anus, video file "6efd0.mp4" having been stored in Snapchat Account 2.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT SIX
(Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1, 2, and 5 through 10 of this Indictment are specifically referenced and incorporated herein.

2. From in or about July 2023 through July 2024, in the District of Maryland, and elsewhere, the defendant,

**DAZHON LESLIE DARIEN,**

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce Minor Victim 1, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense.

18 U.S.C. §§ 2422(b), 2427
18 U.S.C. § 2

8

## COUNT SEVEN
(Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 and 3 through 10 of this Indictment are specifically referenced and incorporated herein.

2. From on or about November 2023 through January 2024, in the District of Maryland, and elsewhere, the defendant,

**DAZHON LESLIE DARIEN,**

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce Minor Victim 2, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense.

18 U.S.C. §§ 2422(b), 2427
18 U.S.C. § 2

## COUNT EIGHT
(Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about March 2, 2024, in the District of Maryland, the defendant,

**DAZHON LESLIE DARIEN,**

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, that is, the **DARIEN** received a video partially titled, "614_partial", depicting an adult penis penetrating the anus of a prepubescent male.

18 U.S.C. §§ 2252(a)(2) & 2256
18 U.S.C. § 2

## COUNT NINE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about March 7, 2024, in the District of Maryland, the defendant,

### DAZHON LESLIE DARIEN,

did knowingly possess and knowingly access with intent to view any book, magazine, periodical, film, videotape, computer disk, and any other material that contained an image of child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed an Apple iPhone 14 Pro Max, Serial Number H9KR2DKJ2T, a product of China, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256
18 U.S.C. § 2

## COUNT TEN
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

From on or about December 13, 2023 through on or about June 6, 2024, in the District of Maryland, and elsewhere, the defendant,

**DAZHON LESLIE DARIEN,**

did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did maintain in iCloud Accounts 1 and 2 one or more visual depictions of minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## COUNT ELEVEN
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

From on or about July 30, 2023 through on or about August 5, 2024, in the District of Maryland, and elsewhere, the defendant,

### DAZHON LESLIE DARIEN,

did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did maintain in Snapchat Accounts 1 and 2 one or more visual depictions of minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## COUNT TWELVE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

From on or about February 29, 2024 through on or about May 22, 2024, in the District of Maryland, and elsewhere, the defendant,

**DAZHON LESLIE DARIEN,**

did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did maintain in the Google Account one or more visual depictions of minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. of Crim. P. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 2253 and 2428(a), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), as a result of the defendant's conviction under any of the offenses alleged in Counts One through Twelve of this Indictment.

### Sexual Exploitation of Children, Receipt and Possession of Child Pornography Forfeiture

2. Upon conviction of the offense(s) alleged in Counts One through Five, or Eight through Twelve of this Indictment, the defendant,

### DAZHON LESLIE DARIEN,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

    a. any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

### Coercion and Enticement Forfeiture

3. Upon conviction of the offense(s) alleged in Counts Six or Seven of this Indictment, the defendant,

### DAZHON LESLIE DARIEN,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2428(a):

    a. any interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offense(s); and

    b. any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such offense(s).

### Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to, the following: Apple iPhone 14 Pro Max, serial number H9KR2DKJ2T.

### Substitute Assets

5. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
18 U.S.C. § 2428(a)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_____
Erek L. Barron
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**
Foreperson

Date: February 5, 2024