IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | |
| DAZHON LESLIE DARIEN | * | CRIMINAL NO. JKB-25-020 |
| | * | |
| Defendants. | * | |
| | * | |
| | ******* | |

## ORDER

Upon consideration of the Government's motion dated February 28, 2025, the Court finds as follows:

Under the provisions of the Speedy Trial Act, the Court may continue a defendant's trial beyond the seventy-day period if the interests of justice served by such a delay outweigh the interests of the defendant, and the public, in a speedy trial.

Here, the Defendant was charged by Criminal Complaint on January 27, 2025, and arrested the same day. The Defendant had his initial appearance on the criminal complaint on January 27, 2025. The Defendant was indicted on February 5, 2025, and had his initial appearance and arraignment on February 27, 2025. A trial date in this case has not been set.

The Government will be producing discovery to defense counsel within the next two to three weeks. The parties have agreed to the terms of a protective order which will facilitate the flow of discovery. As such, trial within 70 days would deny counsel for the defendants and the attorney for the Government the reasonable time necessary for effective preparation. Therefore, the interests of justice served by such a delay do outweigh the interests of the defendants and the public in a speedy trial, thereby satisfying the requirements of 18 U.S.C. § 3161(h)(7).

Case 1:25-cr-00020-JKB    Document 25-1    Filed 02/28/25    Page 2 of 2

Therefore, it is hereby **ORDERED** pursuant to 18 U.S.C. § 3161(h), that the period from February 28, 2025, through and including May 27, 2025, shall be excluded from computation under the Speedy Trial Act.

The Clerk of the Court shall mail a copy of this Order to all counsel of record.

Feb. 28, 2025
_____
Date

_James K. Bredar_
_____
The Honorable James K. Bredar
United States District Judge