IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| **v.** | : | Case No. JKB-25-0020 |
| | : | |
| **DAZHON DARIEN,** | : | |
| | : | |
| **Defendant** | : | |

### CONSENT MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE

Dazhon Darien, the Defendant, by and through Andrew R. Szekely, Assistant Federal Public Defender, hereby moves with the consent of government to extend the deadline for filing pretrial motions to March 27, 2025. In support thereof he states as follows:

1. Mr. Darien is charged in a twelve-charge complaint with five counts of Sexual Exploitation of a Minor, in violation of 18 U.S.C. § 2251(a); two counts of Coercion and Enticement, in violation of 18 U.S.C. §§ 2422(b) and 2427; one count of Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and 2256; and four counts of Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2256.

2. Pretrial motions are due on March 20, 2025. The Court has scheduled a status conference for March 27, 2025.

3. The government recently made its first discovery production. The production consists of numerous search warrants and investigative subpoenas. There are also voluminous returns related to the warrant and subpoenas. In addition, the government seized and obtained a search warrant for thirteen different digital devices or pieces of digital storage media.

4. Counsel requests the Court extend the motions deadline until the status conference. By then, counsel will have completed an initial review of materials and have a better

understanding of the time required to complete a full review of the materials and prepare pretrial motions.

5. Assistant United States Attorney Paul Budlow consents to this request.

Wherefore, Mr. Darien asks the Court to continue the pretrial motions deadline to March 27, 2025.

Respectfully submitted,

James Wyda
Federal Public Defender
 for the District of Maryland

___/s/_____
Andrew R. Szekely (#16407)
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-3976
Email: andrew_szekely@fd.org