IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | |
| **DAZHON LESLIE DARIEN,** | * | Crim. No. JKB-25-00020 |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

The Court held a Telephone Scheduling Conference in this case on July 1, 2025. For the reasons discussed during that call, it is ORDERED that a Telephone Scheduling Conference is SET IN for Wednesday, August 6, 2025, at 2:30 p.m. At this call, the Court expects either to set this matter in for a Rule 11 hearing, or to set pretrial deadlines and schedule this case for a jury trial. Counsel for the Government is DIRECTED to circulate call-in information to opposing counsel and to chambers.

DATED this 1st day of July, 2025.

BY THE COURT:

**/s/ JAMES K. BREDAR**
_____
James K. Bredar
United States District Judge