IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: JKB 25-cr-020 |
| DAZHON LESLIE DARIEN | * | |
| | * | |

*   *   *   *   *   *   *   *   *   *   *   *

### ENTRY OF APPEARANCE OF COUNSEL

To the Clerk of this Court:

Please enter my appearance as CJA appointed counsel for the Defendant, Dazhon Leslie Darien, in the above referenced case. I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ *Julie M. Reamy*
Julie M. Reamy
Federal Bar No. 28232
JULIE M. REAMY | Attorney At Law, LLC
One Olympic Place, Suite 900
Baltimore, Maryland 21204
Ofc: (410) 605-0000

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October 2025, this document was electronically filed with the Clerk of U.S. District Court via the CM/ECF system and served upon counsel of record for the government.

/s/ *Julie M. Reamy*
Julie M. Reamy