IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | |
| DAZHON LESLIE DARIEN | * | CRIMINAL NO. JKB-25-0020 |
| | * | |
| Defendant. | * | |
| | * | |

*******

## ORDER

Upon consideration of the Government's motion dated October 24, 2025, the Court finds as follows:

Under the provisions of the Speedy Trial Act, the Court may continue a defendant's trial beyond the seventy-day period if the interests of justice served by such a delay outweigh the interests of the defendant, and the public, in a speedy trial.

Here, the defendant was charged by Criminal Complaint on January 27, 2025, and arrested the same day. The defendant had his initial appearance on the criminal complaint on January 27, 2025. The defendant was indicted on February 5, 2025, and had his initial appearance and arraignment on February 27, 2025. A trial date in this case has not been set.

The government has produced discovery and will be producing additional discovery to defense counsel. The parties have agreed to the terms of a protective order which will facilitate the flow of discovery. As such, trial within 70 days would deny counsel for the defendants and the attorney for the government the reasonable time necessary for effective preparation. Therefore, the interests of justice served by such a delay do outweigh the interests of the defendants and the public in a speedy trial, thereby satisfying the requirements of 18 U.S.C. § 3161(h)(7).

Therefore, it is hereby **ORDERED** pursuant to 18 U.S.C. § 3161(h), that the period from October 24, 2025, through and including November 24, 2025, shall be excluded from computation under the Speedy Trial Act.

The Clerk of the Court shall mail a copy of this Order to all counsel of record.

Oct. 28, 2025
Date

The Honorable James K. Bredar
United States District Judge