**From:** [redacted]
**Subject:** Fwd:
**Date:** October 23, 2026 at 11:21 AM
**To:** juliereamy@gmail.com

TB

---------- Forwarded message ---------
From: [redacted]
Date: Fri, Oct 23, 2026, 10:43 AM
Subject:
To: [redacted]

My name i[redacted] and I am Dazhon's aunt. I respectfully submit this letter in support of my nephew prior to his sentencing. I hope to share with the Court the person I have known throughout his life, the qualities I have personally witnessed, and my sincere belief that he has the capacity to learn from this difficult chapter and move forward in a more positive direction.

I met Dazhon in 1998, when I moved my family from Miami to Baltimore to stay with my sister, his mother. Before I arrived, my sister sent me photographs of him, as that would also be our first time meeting in person. I instantly fell in love with my nephew's little face in those pictures.

From childhood, Dazhon was a sweet, loving boy whose eyes seemed to hold an extraordinary amount of compassion for others. At that time, he had two stepbrothers who often picked on and mistreated him. As his aunt, I was protective of him and could not accept seeing him treated that way. What stayed with me, however, was that despite their treatment of him, he continued to love them and proudly call them his brothers.

One of my fondest memories of Dazhon is the day we made brownies together. I purchased the ingredients, put my two stepdaughters to bed, and told him we were going to do something fun. His face lit up with excitement. His stepbrothers were upset because I would not allow them to participate, but my intention was to give Dazhon an experience that was just for him—to help him feel special, valued, and deserving of kindness.

What I remember most is that, after we finished making the brownies, Dazhon shared them with the very boys who had been excluded. Even as a little boy, he wanted others to enjoy what he had. That memory has stayed with me for decades because it reflects the generosity and compassion I continued to see in him as he grew older. He has often been the person who wants to help, provide for, and care for others, even when doing so requires personal sacrifice.

After I moved back to Miami, I remained connected to Dazhon, and my sister continued to share news of his progress and achievements. When we celebrated his graduation in Coolidge, Georgia, I saw those same qualities in the young man he had become. He treated his friends like family, wanted them to feel included, and took pride in being able to share good experiences with the people around him.

As an adult, Dazhon often assumed the role of caretaker within his family and a source of support for friends and acquaintances. He has been someone who wants to make sure others have what they need, sometimes putting their needs before his own. I share this not to suggest that generosity alone defines a person, but because it is an important part of the character I have personally known over many years.

Another memory I hold especially close to my heart occurred after my battle with cancer. I was emotionally exhausted and hesitant about undergoing another MRI. My sister, Tanya, and Dazhon traveled to Miami to accompany me to the procedure, so I would not have to face that experience alone.

That evening, Dazhon made gumbo for me.

I will always cherish that moment. Years earlier, I had made brownies with him to show him that he was special to me. Now, he was a grown man caring for me during a difficult time in my life. He was proud to do for me what I had once done for him. To me, this was a meaningful reminder of the bond we share and of the caring person I have known since he was a little boy.

Your Honor, I understand that sentencing is a serious responsibility, and I do not write this letter to minimize the circumstances before the Court or to suggest that accountability is unimportant. I recognize that my love for Dazhon does not make me an impartial observer of his life. However, my long-standing relationship with him gives me a perspective I hope the Court will consider when evaluating his character and the person he may yet become.

No one is defined entirely by their best moments, but neither should a person's entire life be reduced to their most difficult chapter. I believe that people can acknowledge their mistakes, accept responsibility for their actions, learn from painful experiences, and make meaningful changes. I sincerely hope Dazhon will use this period in his life as an opportunity for reflection, personal growth, and a renewed commitment to making better choices.

I have seen Dazhon show love, generosity, loyalty, and concern for others throughout his life. I have also seen how readily he takes on the burdens of those around him. I believe he has qualities worth nurturing and the potential to direct those qualities toward a healthier and more constructive future. I want to see him continue to grow into a man who not only cares for others but also makes responsible decisions, recognizes the consequences of his choices, and builds a stable and positive life.

I firmly believe that broken crayons still color. A crayon does not lose its ability to create something beautiful simply because it has been broken. Likewise, I believe that a person's mistakes do not eliminate the possibility of growth, redemption, and meaningful change. Dazhon still has the opportunity to learn, to do better, and to demonstrate through his future actions that he can make a positive difference in the lives of others.

Your Honor, I respectfully ask that you consider leniency in Dazhon's sentencing and take into account the full scope of his character, the relationships he has maintained, the positive qualities I have witnessed throughout his life, and his potential for rehabilitation. I ask that, to the extent appropriate under the circumstances and the law, he be given an opportunity to learn from this experience and work toward a more positive future.

Dazhon is my nephew, and I love him unconditionally. My support for him does not mean that I believe he is beyond accountability. It means that I believe accountability and the opportunity for personal change can exist together. I will continue to encourage him to make responsible choices and to live in a way that reflects the compassion, generosity, and care I have known in him since childhood.

I am his Auntie—not only during the good times, but through the difficult seasons, the lessons, and the new beginnings. I believe his story still has the potential for better chapters, and I sincerely hope the Court will consider that potential when determining his sentence.

Thank you, Your Honor, for your time, consideration, and willingness to hear from a family member who has known Dazhon for most of his life.

Respectfully submitted,

[redacted]
Aunt of Dazhon Darien
[redacted]