**Dear Judge Bredar,**

My name is [redacted], and I am writing this letter on behalf of my dear friend, Dazhon Darien, in hopes of offering the Court a personal perspective on his character and the meaningful impact he has had on my life. I first met Dazhon a few years ago while working as a cashier, where he was a regular customer. What began as occasional conversations gradually developed into a genuine friendship, built upon shared interests, mutual respect, and countless meaningful interactions.

From the start of our friendship, Dazhon struck me as compassionate and generous. He had a natural willingness to uplift those around him, often placing the needs of others before his own. He was someone who believed in encouraging people, helping them recognize their potential, and reminding them that their circumstances did not have to determine their future.

One of my earliest and most cherished memories of Dazhon occurred on my birthday. A few weeks earlier, during a casual conversation, I had mentioned that I lacked the financial means to celebrate. I thought little of that conversation afterward, but Dazhon remembered. That evening, after I finished closing at work, he surprised me with a personal birthday cake. What may have appeared to be a simple gesture meant more to me than he could have imagined. During a time when I felt invisible, he made me feel remembered, appreciated, and worthy of celebration. It was not the cake itself that touched me, but the thoughtfulness of someone who listened, remembered, and cared enough to act.

Dazhon's greatest influence on my life was his unwavering belief in my potential, even when I struggled to see it myself. At the time, I lacked direction, ambition, and any real understanding of the opportunities available to me. Growing up in a divided household, I did not always have someone to look out for me or encourage me to envision a future beyond circumstances. Higher education to me was meant for those who were naturally intelligent or financially fortunate, and I had convinced myself that college simply was not meant for someone like me.

Dazhon challenged that belief. Week after week, he would mention different careers, educational programs, and opportunities I had never considered. He consistently encouraged me to pursue a college education and even offered to help cover my application fees. His encouragement was never fleeting; he continued believing in me until I gradually began believing in myself. Today, I am pursuing a bachelor's degree, a decision influenced in no small part by his persistence and genuine investment in my future.

I recognize the seriousness of the charges that have brought Dazhon before this Court, and I do not wish to excuse or diminish the importance of accountability. However, throughout this difficult period, while still being present in his life, I have seen what I sincerely believe to be a change of heart. Through our conversations, I have seen him reflect upon decisions, acknowledge wrongdoing, and express a genuine desire to become a better man. I understand that meaningful change requires more than words; it demands humility, responsibility, and

consistent action. Nevertheless, I believe the willingness to confront one's mistakes is an important beginning.

The Dazhon I know today is a man who focuses on his faith, cherishes his family, and continues to find purpose through his creativity. He spends time developing comic books, exploring innovative ideas, and constructing business plans, reflecting an imagination and ambition that I have always admired. Despite the circumstances surrounding him, I believe he has qualities that, when guided by accountability and positive choices, can contribute to a more meaningful and productive future.

As his friend, I am committed to offering him the same compassion, encouragement, and unwavering support that he once extended to me. I understand that friendship does not mean overlooking someone's mistakes but rather being willing to encourage them to confront those mistakes and grow beyond them. Alongside his family, I hope to remain a positive influence in his life, encouraging him to embrace responsibility, pursue personal growth, and continue making meaningful changes.

I respectfully urge the Court to recognize the qualities I have personally seen in Dazhon, his compassion as a friend, his thoughtfulness as a mentor, and his generosity, which helped redirect the course of my life. I recognize that his positive qualities do not erase the wrongdoings, nor do they cut the responsibility that must carry. However, a person's life is more complex than their worst decisions. I have seen the kindness he can extend to others, the potential he recognizes in people, and what I believe to be the beginnings of genuine personal change. My sincere hope is that he continues becoming the man whose actions reflect the compassion, faith, and purpose that I have come to admire in him.

Thank you, Your Honor, for your time and consideration, and for allowing me the opportunity to share my individual experiences and perspective on Dazhon's character.

Respectfully,

[redacted]